IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
: 
*In re:* : Chapter 15
: 
**ESSAR STEEL ALGOMA INC.,** *et al.,*[1] : Case No. 15–12271 (BLS)
: 
: 
Debtors in a foreign proceeding. : (Jointly Administered)
: 
------------------------------------------------------------ x
: 
*In re*: : Chapter 15
: 
**ALGOMA HOLDINGS B.V.** : Case No. 15– 12349 (BLS)
: 
Debtor in a foreign proceeding. : 
: 
Chamber of Commerce No. 34241679 : 
(Netherlands) : 
------------------------------------------------------------ x

## INDEX OF FIRST DAY PLEADINGS

A. <u>Voluntary Petitions</u>

   1. Voluntary Petition of Algoma Holdings B.V. [Docket No. 1 - filed November 20, 2015]

B. <u>First Day Motions</u>

   2. Motion of Foreign Representative for Entry of Order Authorizing Joint Administration of Debtors' Chapter 15 Cases Pursuant to Bankruptcy Rule 1015(b) [Docket No. 3; Docket No. 63 - filed November 20, 2015]

   3. Motion of Foreign Representative for Entry of Order Directing Certain Orders in Chapter 15 Cases of Essar Steel Algoma, Inc., *et al.* Be Made Applicable to

---

[1] The Debtors in the foreign proceeding and the last four digits of each Debtor's United States Tax Identification Number, Canadian Business Number, or Provincial Corporation Number, as applicable, are as follows: Essar Steel Algoma Inc. (0642), Essar Steel Algoma Inc. USA (8788), Essar Steel Algoma (Alberta) ULC (6883), Essar Tech Algoma Inc. (8811), and Cannelton Iron Ore Company (9965). The Debtors' principal offices are located at 105 West Street, Sault Ste. Marie, Ontario P6A 7B4, Canada.

Algoma Holdings, B.V. Pursuant to Section 105(a) of Bankruptcy Code [Docket No. 4; Docket No. 64 - filed November 20, 2015]

Dated: November 20, 2015
Wilmington, Delaware

/s/ Amanda R. Steele
RICHARDS, LAYTON & FINGER, P.A.

Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Amanda R. Steele (No. 5530)
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:       collins@rlf.com
Email:       defranceschi@rlf.com
Email:       steele@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP

Ray C. Schrock, P.C. (admitted *pro hac vice*)
Matthew S. Barr (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:   (212) 310-8000
Facsimile:   (212) 310-8007
Email:       ray.schrock@weil.com
Email:       matt.barr@weil.com

*Attorneys for the Foreign Representative*